UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|  | ) |  |
| REINHOLD KLEMMER and | ) | CASE NO. 12-57751 - MHM |
| SUSAN JO KLEMMER, | ) |  |
|  | ) |  |
| Debtors. | ) |  |

### ORDER AND NOTICE REOPENING CASE

On July 15, 2013, Debtors filed a motion to reopen this case to file Debtor Reinhold Klememr's ("Debtor RK") certificate of completion of the financial management course (Doc. No. 31) (the "Motion"). Debtor RK's case was closed without entry of discharge order because Debtor RK failed to file the required certificate. The Motion is available for review in the office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. weekdays excluding holidays, or online at *http://ecf.ganb.uscourts.gov* (registered users) or at *http://pacer.psc.uscourts.gov* (unregistered users). It is hereby

**ORDERED** that any person or party who objects to the relief sought in the Motion:

1. **Must file** a written objection, stating the grounds therefor, on or before the close of business[1] _August 16_, 2013, with the

    Clerk, U. S. Bankruptcy Court
    1340 U. S. Courthouse
    75 Spring Street, S.W.
    Atlanta, Georgia 30303-3367;

2. **Must serve** a copy of said objection upon Debtors' attorney:

    Robert J. Semrad & Associates, LLC
    101 Marietta Street, Suite 3600
    Atlanta, GA 30303

---

[1] Objections filed electronically may be filed up to 11:59:59 p.m. All other objections must be filed by delivery to the Clerk's Office at or before 4:00 p.m.

so that such written objection is received by Debtors' attorney on or before the deadline set forth in Paragraph 1; and

3. **Must advocate** the objection at the hearing on the Motion.

If any objections are filed, hearing on the Motion will be held before the undersigned in Courtroom 1204, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, on August 20, 2013, at 3:00 o'clock P.m.

**Any objection not timely filed, served, and advocated at the hearing set above shall be deemed waived. If no objection is filed as set forth above, this case shall thereupon stand REOPENED without further notice or hearing and without the necessity of reappointing the Chapter 7 Trustee.** It is further

**ORDERED** that Debtor's attorney shall serve a copy of this Order and Notice upon Debtor, the Chapter 7 Trustee, the U.S. Trustee, and all creditors and parties in interest on or before July 26, 2013, and shall file a certificate of such service within three days thereafter.

IT IS SO ORDERED, this the 19th day of July, 2013.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE